# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Cr. No. H-19-097**

**TERRENCE SPRIGGS**

## O R D E R

The Court has considered the Unopposed Motion for Continuance, wherein counsel for Defendant, Terrence Spriggs, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion for Continuance is therefore GRANTED.  It is ORDERED that a period of excludable delay shall commence on, _____, 2019, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B).  The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by  JULY 8, 2019

Responses shall be filed by  JULY 22, 2019

A pretrial conference is set for JULY 25, 20019 at 2:30  pm.

Trial in this case is set for  JULY 29, 2019 at  9:00 am .


SIGNED at Houston, Texas, on the  11TH day of     March 2019.

_____
UNITED STATES DISTRICT JUDGE